

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2023

*[handwritten: 12/5/2023]*

*[handwritten: The One week adjourned is granted. So ordered. Paul Crotty USDJ]*

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Salazar-Lotero, et al.*, 19 Cr. 661 (PAC)

Dear Judge Crotty:

The Government writes, with the consent of defense counsel, to respectfully request that the Court grant a short adjournment of the trial date in the above-captioned matter. Trial is currently set for January 15, 2024. The undersigned Assistant United States Attorney recently had an unmovable matter scheduled for January 23, 2024, which requires travel to Washington D.C. This matter will conflict with the trial if it lasts longer than one week, which is possible given the evidence and potential witnesses. The Government request a short adjournment to allow the undersigned to attend the matter on January 23, 2024. As previously noted, defense counsel consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Sheb Swett
Assistant United States Attorneys
(212) 637-6522

cc: All counsel (by ECF)