U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

March 4, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2024

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Salazar-Lotero, et al.*, 19 Cr. 661 (PAC)

Dear Judge Caproni:

The Government writes, with the consent of defense counsel, to provide a status update as to the remaining defendants in the above-captioned matter and to request that the Court schedule certain proceedings as to each defendant as follows:

**Franck Hernan Alvarez Espinal**

Mr. Alvarez Espinal is prepared to proceed to sentencing. Subject to the Court's availability, the parties are available the week of March 18, with a preference for Monday, March 18.

**Carlos Alberto Salazar-Lotero**

Mr. Salazar-Lotero has indicated that he is prepared to plead guilty pursuant to a plea agreement with the Government. Subject to the Court's availability, the parties are available the week of March 18, other than the afternoon of March 21.

**Gustavo Betancourt**

The Government has extended a plea offer to Mr. Betancourt, which expires on March 15, 2024. The parties are available for a status conference, either before or after the expiration of the plea offer, to discuss setting either a change-of-plea proceeding or a trial date, though Government counsel is unavailable the week of March 25.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Sheb Swett
Assistant United States Attorneys
(212) 637-6522

cc: All counsel (by ECF)

---

The Court will hold a change-of-plea hearing for Mr. Salazar-Lotero on **Monday, March 18, 2024, at 2:30 P.M.**

The Court will hold a status conference for Mr. Bentacourt on **Monday, March 18, 2024, at 3:00 P.M.**, at which the Court will either hold a change-of-plea hearing or set a schedule for motions and a trial schedule in April or May 2024.

Mr. Espinal will be sentenced on **Monday, March 18, 2024, at 3:15 P.M.**

All proceedings will take place in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

03/04/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE