```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
  UNITED STATES OF AMERICA,                                        :
                                                                   :
                         -against-                                 :    19-CR-661 (VEC)
                                                                   :
  CARLOS ALBERTO SALAZAR-LOTERO and                                :    ORDER
  FRANCK HERNAN ALVAREZ ESPINAL,                                   :
                                                                   :
                                              Defendants.          :
                                                                   :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference in this matter is scheduled for March 18, 2024.

IT IS HEREBY ORDERED that all parties are ordered to be prepared to discuss at the March 18, 2024, hearing whether *Curcio* waivers are necessary in light of the fact that counsel for Mr. Salazar-Lotero is the daughter of counsel for Mr. Espinal.

**SO ORDERED.**

**Date: March 11, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**