USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
-against- : 19-CR-661 (VEC)
:
CARLOS ALBERTO SALAZAR-LOTERO and : ORDER
GUSTAVO BENTACOURT, :
:
Defendants. :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties in this matter appeared before a conference in this matter on March 18, 2024;

WHEREAS at that conference, Mr. Salazar-Lotero entered a plea of guilty to the lesser included offense of conspiracy to possess and possess with intent to distribute 100 grams or more of mixtures and substances containing a detectable amount of heroin (Count 1 of the Indictment), which was accepted by the Court; and

WHEREAS the parties requested that the Court adjourn the March 25, 2024, trial date for Mr. Bentacourt.

IT IS HEREBY ORDERED that Mr. Salazar-Lotero will be sentenced on **Thursday, July 11, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Pre-sentencing submissions are due no later than **June 27, 2024**.

IT IS FURTHER ORDERED that jury selection and trial for Mr. Bentacourt will begin on **Tuesday, April 23, 2024, at 9:30 A.M.**  Motions *in limine* are due on **March 29, 2024**, and responses are due **April 5, 2024**.  Any expert reports are due **March 29, 2024**.  Requests to

charge and *voir dire* are due on **April 5, 2024**. The final pretrial conference will be held on **Wednesday, April 17, 2024, at 2:30 P.M.** All proceedings will take place in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that time is excluded until **April 23, 2024**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the interest of the public and the Defendant in a speedy trial given the need to provide the parties time to adequately prepare in light of the previous uncertainty regarding the trial date in this matter.

**SO ORDERED.**

**Date: March 18, 2024**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**