**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2024

# JOHANNA ZAPP

550J GRAND STREET • SUITE 5F • NEW YORK, NEW YORK 10002

917-742-4953 • FAX 917-492-1879

**A T T O R N E Y**

DISTRICT OF COLUMBIA AND NEW YORK BARS

July 17, 2024

Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: US. V. Salazar Lotero 19-CR-661

Dear Judge Caproni,

Yesterday, July 16, 2024, defense counsel mistakenly filed an unredacted copy of the defendant's sentencing submission. As a result, Your Honor's chambers requested that the clerk's office seal the unredacted submission.

Defense counsel respectfully asks that the unredacted submission remain under seal. The unredacted submission contains sensitive information, if it were made public, it could cause safety concerns for the defendant.

Defense counsel will follow this letter with the defendant's redacted sentencing submission filed on the docket.

Very truly yours,

/s/Johanna S. Zapp
Attorney for Carlos Salazar Lotero

The application is GRANTED.  The Clerk of Court is respectfully directed to place under permanent seal the submission at docket entry 132.

SO ORDERED.

*Valerie Caproni*   7/19/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE